Matter of Williams v Justice Ctr. for The Protection of People With Special Needs (2025 NY Slip Op 07200)

Matter of Williams v Justice Ctr. for The Protection of People With Special Needs

2025 NY Slip Op 07200

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

982 TP 25-00836

[*1]IN THE MATTER OF KATHRYN WILLIAMS, PETITIONER,
v
JUSTICE CENTER FOR THE PROTECTION OF PEOPLE WITH SPECIAL NEEDS, RESPONDENT. 

CAYUGA LAW GROUP, P.C., AUBURN (KASSIDI R. STREETER OF COUNSEL), FOR PETITIONER.
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KEVIN C. HU OF COUNSEL), FOR RESPONDENT. 

 Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Jon E. Budelmann, A.J.], entered April 21, 2025) to review a determination of respondent. The determination denied, after a hearing, the request of petitioner to amend and seal a substantiated report. 
It is hereby ORDERED that the determination is unanimously confirmed without costs and the petition is dismissed.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court